# IMPACT STATEMENT

To whom it my concern

Im writing this letter because of the damage Mr Morrison has done to Madison schools,the city of Madison heights.   He is not sorry for what he has done below are pictures of a party at his house Saturday august 5th 2023.    That school district was left like a stripped car left on the side of the road.   There's may crimes that they were not charged for and it's a shame they weren't.












