To: The Honorable Lauri J. Michelson

From:

This is my personal Impact statement:

My name is XXXXXXXXXXXXX. I was re-elected to the board in 2020. I am currently the board president. Prior to 2012, I had served on the board for 20 years.

When I was first elected, the district was over $8 million in deficit. By the time I left, in December 2012, the district had a surplus of $5.5 million. We had the fund equity to pay for any needed repairs and maintenance. We had a fiscally promising future.

In 2013, the makeup of the board changed. I continued to track its decisions. I questioned many inconsistencies.

Mr. Al Morrison and his conspirators took our surplus, and squandered it. They took advantage of our district in many ways, starting with the underpayment of the purchase of our Monroe property.

The school district ran a bond in 2013. The bond was passed by our residents in good faith. Mr. John David, and his company Emergency Restoration, began acting as our construction manager -- without board approval or public disclosure. He accepted no bid contracts, and admitted to a "pay to play" scheme, where he made payments to Albert Morrison, the board president.

Because of their crimes, our students have suffered missed opportunities and educational experiences. It is sad to think about the impact that this money could have had on our students, if it had been redirected to their classrooms during the many years this took place.

The systematic betrayals of Mr. Morrison, with the help of Mr. David, have been extremely damaging. These failures — and the lies to employees, alumni and parents — have split our community, our board, our taxpayers. We have lost hundreds of students, due in part to these crimes.

This has robbed us of receiving a fair, equitable return on our bond investment. It has permanently injured our school district and its reputation.

The current board members are trying to recover the public's trust. We are working very hard to show that our district's needs will be met -- now, and in the future.

I would like to remind Your Honor that this was a crime that took place, consistently and consciously, over many years. It was not a one-time event. It was done with intention — and our kids were the victims.

If Mr. Morrison claims to have any remorse, it is only because he was caught. Even after this began to get notice, he and they were not deterred.

I believe the maximum sentence allowable is in order for Mr. Morrison for the harm he has caused to the School District and the community, but mostly to the students of Madison District Public Schools.

Thank you for your time and consideration,