# IMPACT STATEMENT

To the courts,

My name is XXXXXXXXXX, I am writing this victim statement on behalf of myself and my family. I am unable to attend the sentencing of Mr. Morrison due to living out of state now.

I was a resident of Madison Heights for 30 years, my husband XXXXXXXXX a life long resident a well as his mother. We knew Mr. Morrison from high school.

During 2016-2018, I started inquiring Madison Public School Districts financial transactions, as they were asking for another mileage. During that time I asked questions of School board members; including Mr. Morrison via the districts social media pages, concerning some of the transactions. My mother in law was on a fixed income, so another school mileage would have affected her finances and we wanted to do our due diligence to assist her in being an informed voter. This was not received well by Mr. Morrison or other board members.

I was berated, slandered and threatened by Mr. Morrison and his family. He and the superintendent XXXXXXXXX were at an establishment I was at while having drinks, they called me over to their table and bought me a drink (I refused to accept it) wanted to "talk" to me about why I was questioning the districts finances. His sons threatened my (at the time) XX year old son saying they hoped he would be hit by a bus and killed. His son, XXXXXX sending in Facebook messenger "Good luck to your son in the future because karma is a bitch." I was told to "watch your back" when out in the city by his sons, sister, nieces and nephews.

 I applied for a Board of Educations vacant position during this time, during my videoed interview Mr. Morrison badgered me, called me a liar, mocked me that I wasn't there "for the kids", accused me of trying to make him look bad with my "false accusations" on him, all the while knowing he was stealing from the district. the position was given to someone who would not question them. There is a video of another Board of Education meeting when Mr. Morrison was voted out as president and he specifically said my name and called me a liar for all of the people in the district to see, again knowing full well he was stealing but chose to slander my name. I received calls from friends saying "Al just absolutely drug you over the coals."

His sons threatened to call my XXXXXXXXX job to make accusations against me to get me fired, to call my XXXXXXXXXXXXXXXXXXX in the XXXXXXXXXXXX to get me "kicked" XXXXXXXXXXXXXX. All to protect their fathers wrongful financial gains.

A person should not have to worry when inquiring where their tax money is going within the district. The actions of Mr. Morrison and his family against my family were because his wrong doing was starting to be discovered. This behavior was unacceptable causing unnecessary stress on my minor son, myself and family.

Your Honor, I am a firm believer that justice prevails. Considering Mr. Morrison has had a past criminal history, of drugs convictions, I do hope the court takes that into consideration. Please pass down a sentence that reflects the stress he caused on us, the tax payers of Madison Heights and the kids who looked up to him, who he said he was for over and over again while taking money from their education.

Sincerely,

XXXXXXXXXXXXXXXXXX

Sent from my iPad