# IMPACT STATEMENT

My name is XXXXXXXXXXX and this is my impact statement .  Who steals from children? Al Morrison steals from children and anyone else that crosses his path. He's a thief and a drug dealer. He has an occasion said that if he got caught he would do a couple years but he would be set for life. I've known of this man. Most of my life and everything he's ever been involved with has been a criminal enterprise. He seems to have an ability to include and convince others to participate in his crimes and convince them by saying "it's perfectly legal". If anybody writes letters of support for him, it's because they've shared or benefited from his crimes.

As a board member. I asked Mr. Morrison on film if he had any financial ties to emergency restoration which he lied and said no. I think the only remorse Mr. Morrison has is the fact that he got caught. I believe he should get the maximum sentence and do society of favor by locking him up. Thank you for your time.